FILED

2008 APR 15 PM 12: 27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 149736    — SH

April 15, 2008
11:48:35

Habeas Corpus
USAO #.: 08CV0654-J
Amount.:                    $5.00 CK
Check#.: PC7927

Total-> $5.00

FROM: MARK TITCH VS. ROBERT J. HERNA