# EXHIBIT 1

Order in *Hayward v. Marshall*, no. 06-55392

08-CV-0654 J (Wmc)
**MARK TITCH, v. ROBERT HERNANDEZ, WARDEN
RESPONDENT'S REQUEST FOR STAY PENDING ISSUANCE OF THE
MANDATE IN *HAYWARD***

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAY 16 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD HAYWARD,<br><br>          Petitioner - Appellant,<br><br>v.<br><br>JOHN MARSHALL, California Men's Colony East,<br><br>          Respondent - Appellee. | No. 06-55392<br><br>D.C. No. CV-05-07239-GAF(CT)<br><br>ORDER |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Westlaw

--- F.3d ----
--- F.3d ----, 2008 WL 2131400 (C.A.9)
(Cite as: --- F.3d ----, 2008 WL 2131400 (C.A.9))

Page 1

Hayward v. Marshall
C.A.9,2008.
Only the Westlaw citation is currently available.
United States Court of Appeals,Ninth Circuit.
Ronald HAYWARD, Petitioner-Appellant,
v.
John MARSHALL, California Men's Colony East, Respondent-Appellee.
No. 06-55392.

May 16, 2008.

Joseph V. Camarata, Law Office of Joseph V. Camarata, Vallejo, CA, Michael Satris, Bolinas, CA, for Petitioner-Appellant.
Julie L. Garland, AGCA-Office of the California, Attorney General, San Diego, CA, for Respondent-Appellee.

### ORDER

KOZINSKI, Chief Judge:
*1 Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

C.A.9,2008.
Hayward v. Marshall
--- F.3d ----, 2008 WL 2131400 (C.A.9)

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.