EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
LINNEA D. PIAZZA, State Bar No. 246868
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2221
 Fax: (619) 645-2581
 Email: Linnea.Piazza@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TITCH,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>ROBERT HERNANDEZ, WARDEN,<br><br>　　　　　　　　　　Respondent. | 08-CV-0654 J (Wmc)<br><br>RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE THE ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION IN SUPPORT THEREOF.<br><br>Judge:　The Honorable William McCurine, Jr. |

TO THE HONORABLE COURT AND PETITIONER MARK TITCH, IN PRO PER:

Robert Hernandez, Warden of the Richard J. Donovan Correctional Facility, respectfully applies for an extension of time to file his Answer to the Petition for Writ of Habeas Corpus. On June 2, 2008, Respondent filed a request to stay these proceedings pending the issuance of the mandate in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008). To Respondent's knowledge, the Court has not yet ruled on the stay request. The Answer is currently due June 24, 2008.

Respondent's Ex Parte Application for an Extension of Time; Declaration.　　Case No. 08-CV-0654 J (Wmc)

1

1 | Should the Court deny Respondent's request to stay the proceedings, Respondent respectfully
2 | requests a thirty-day extension of time from the date the Court denies the request to file the
3 | Answer.
4 |      The application is based on good cause as set forth in the attached declaration of
5 | Linnea D. Piazza. A proposed order is being filed herewith.
6 |      Dated: June 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

/s/ Linnea D. Piazza

LINNEA D. PIAZZA
Deputy Attorney General
Attorneys for Respondent

LDP/scb
70127467.wpd
SD2008700434

---

Respondent's Ex Parte Application for an Extension of Time; Declaration.  Case No. 08-CV-0654 J (Wmc)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Titch v. Hernandez**

No.:         **08-CV-0654 J (Wmc)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 19, 2008</u>, I served the attached **RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE THE ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

MARK WAYNE TITCH
CDC # B-89549
RICHARD J. DONOVAN
CORRECTIONAL FACILITY AT ROCK MOUNTAIN
480 ALTA ROAD
SAN DIEGO, CA 92179

IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 19, 2008, at San Diego, California.

S. Banks
_____
Declarant

_Signature_

70128000.wpd