EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
LINNEA D. PIAZZA, State Bar No. 246868
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2221
 Fax: (619) 645-2581
 Email: Linnea.Piazza@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK TITCH,**<br><br>                           Petitioner,<br><br>v.<br><br>**ROBERT HERNANDEZ, WARDEN,**<br><br>                           Respondent. | 08-CV-0654 J (Wmc)<br><br>**DECLARATION OF LINNEA D. PIAZZA IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE THE ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS.**<br><br>Judge:  The Honorable William McCurine, Jr. |

I, Linnea D. Piazza, hereby declare and state:

1. I am an attorney at law, duly admitted and licensed to practice law in this Court. I am employed as a deputy attorney general for the State of California. In that capacity, I am the attorney representing Respondent in this matter. The following facts are based on my own personal knowledge, except for those facts based on information and belief, which I believe to be

true. If called upon as a witness to testify, I could and would, competently testify about the following facts.

2. On April 22, 2008, the Court issued an Order requiring an Answer to the Petition for Writ of Habeas Corpus no later than June 24, 2008.

3. Upon receiving the Court's Order, a paralegal in our office requested the relevant inmate records from the institution where Petitioner is incarcerated, and the relevant California state court records. However, as of the date of this declaration, the institutional records, the California Superior Court Petition and Opinion, and the Appellate Court Petition and Opinion have not yet been received by our office. I reasonably anticipate that it will take some time to receive and review these documents.

4. Respondent has requested the Court stay the proceedings pending issuance of the mandate in *Hayward*. To Respondent's knowledge, the Court has not yet ruled on Respondent's stay request.

5. Should the Court deny Respondent's request for a stay, Respondent will require adequate time to prepare a proper response to the Petition. Review and receipt of the relevant inmate and state court records is necessary for me to address the claims raised in the Petition, as well as comply with the Court's Order to lodge all records bearing on the merits of Petitioner's claims.

5. Accordingly, should the Court deny Respondent's request for a stay, Respondent respectfully requests a thirty-day extension of time from the date of the denial to file his Answer to the Petition for Writ of Habeas Corpus.

6. Respondent has not previously requested an extension of time in this matter.

7. I do not believe that Petitioner will be prejudiced by this extension of time. This request for an extension of time is based on good cause as described above and is not made for the purpose of harassment, or to create undue delay or for any other improper reason whatsoever.

///

///

///

DECLARATION OF LINNEA D. PIAZZA

Case No. 08-CV-0654 J (Wmc)

8. Petitioner, who is incarcerated, will be served with a copy of this ex parte application at the address he provided to the Clerk of this Court.

I declare under the penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of June, 2008, at San Diego, California.

/s/ Linnea D. Piazza

LINNEA D. PIAZZA

70128017.wpd
SD2008700434

DECLARATION OF LINNEA D. PIAZZA                                         Case No. 08-CV-0654 J (Wmc)

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Titch v. Hernandez**

No.:           **08-CV-0654 J (Wmc)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 19, 2008</u>, I served the attached **DECLARATION OF LINNEA D. PIAZZA IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE THE ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS.** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

MARK WAYNE TITCH
CDC # B-89549
RICHARD J. DONOVAN
CORRECTIONAL FACILITY AT ROCK MOUNTAIN
480 ALTA ROAD
SAN DIEGO, CA 92179

IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 19, 2008, at San Diego, California.

S. Banks
_____           _____
       Declarant                              Signature

70128018.wpd