# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TITCH,<br><br>                              Plaintiff,<br>   vs.<br>ROBERT HERNANDEZ, Warden,<br><br>                            Defendant. | CASE NO. 08cv654-J (WMc)<br><br>ORDER RE: DOCKET NO. 5 AND DOCKET NO. 7 |

    Defendant has filed: 1) A request for stay pending issuance of a ruling in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, _F.3d_, No. 06-55392 (9th Cir. filed May 16, 2008); 2) A request for an extension of time within which to file his Answer to the Petition for Writ of Habeas Corpus.  After reviewing the requests the Court denies the request for a stay and grants the request for an extension of time.  Defendant must file his Answer on or before July 28, 2008.  Petitioner may file a Traverse on or before August 29, 2008.  All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

    IT IS SO ORDERED.

DATED: June 26, 2008

                                                      Hon. William McCurine, Jr.
                                                      U.S. Magistrate Judge
                                                      United States District Court