EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
LINNEA D. PIAZZA, State Bar No. 246868
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2221
 Fax: (619) 645-2581
 Email: Linnea.Piazza@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TITCH,<br><br>                        Petitioner,<br><br>   v.<br><br>ROBERT HERNANDEZ, WARDEN,<br><br>                        Respondent. | 08-CV-0654 J (Wmc)<br><br>**RESPONDENT'S NOTICE OF LODGMENT IN SUPPORT OF HIS ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS.**<br><br>Judge:   The Honorable William McCurine, Jr. |

Respondent Robert Hernandez, Warden of the R.J. Donovan Correctional Facility, lodges the following documents in support of his Answer to the Petition for Writ of Habeas Corpus:

      Lodgment 1 - Orange County Superior Court Petition;

      Lodgment 2 - Orange County Superior Court Order;

      Lodgment 3 - Court of Appeal Petition;

      Lodgment 4 - California Supreme Court Petition;

      Lodgment 5 - Court of Appeal Order;

Lodgment 6 - California Supreme Court Docket, case number S155126;

Lodgment 7 - Subsequent Parole Consideration Hearing Transcript, dated July 12, 2006;

Lodgment 8 - Probation Officer's Report; and

Lodgment 9 - Life Prisoner Evaluation Report, July 2006 Calendar.

Dated: July 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

/s/ Linnea D. Piazza

LINNEA D. PIAZZA
Deputy Attorney General
Attorneys for Respondent

LDP/scb
70131232.wpd
SD2008700434

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Titch v. Hernandez**

No.:   **08-CV-0654 J (Wmc)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 28, 2008</u>, I served the attached **RESPONDENT'S NOTICE OF LODGMENT IN SUPPORT OF HIS ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Mark Wayne Titch
CDC # B-89549
Richard J. Donovan Correctional Facility at
Rock Mountain
480 Alta Road
San Diego, CA 92179

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 28, 2008, at San Diego, California.

S. Banks
_____
Declarant

_____
Signature

70131513.wpd